IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL E. ROBINSON

CHAPTER 13

Debtor

No. 24-14087-amc

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

TruMark Financial Credit Union has filed a Motion to Dismiss Debtor's Chapter 13 Case with the court for relief from the automatic stay.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 7, 2025 you or your attorney must do all of the following:

(a) file an answer explaining your position at:

> Clerk, United States Bankruptcy Court
> U.S. Bankruptcy Court
> 900 Market Street, Suite 400
> Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney

> Phillip D. Berger, Esquire
> Berger Law Group, P.C.
> 919 Conestoga Road, Building 3, Suite 114
> Bryn Mawr, PA 19010

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on January 14, 2025 at 11:00 a.m. in Courtroom 4, US Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

BERGER LAW GROUP, P.C.

Dated: 12/9/2024   By: /s/: Phillip D. Berger, Esq.
PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, STE 114
Bryn Mawr, PA 19010
(610) 668-0800
PA ID #58942
*Attorneys for Creditor TruMark Financial Credit Union*